1  **DAVID M.C. PETERSON**
   California Bar No. Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:   (619) 234-8467
4  Facsimile:   (619) 687-2666
   David_Peterson@fd.org

6  Attorneys for Mr. Andis

8                             UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10                           **(HONORABLE WILLIAM McCURINE JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07mj2921 |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| JOHN ROBERT ANDIS, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                            Respectfully submitted,

Dated: December 11, 2007                    DAVID M.C. PETERSON
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
                                            David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  December 18, 2007            /s/ *DAVID M. C. PETERSON*
                                     DAVID M.C. PETERSON
                                     Federal Defenders of San Diego, Inc.
                                     225 Broadway, Suite 900
                                     San Diego, CA  92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     David_Peterson@fd.org (email)