**Minutes of the United States District Court**
**Southern District of California**
**December 21, 2007**

| HON. **WILLIAM MCCURINE, JR.** | **DEPUTY CLERK: R. BRESSI** |
|---|---|

---

07MJ2921    U.S.A.    VS    ROBERT ANDIS (1) (C)    #35165048

ID/REMOVAL HRG

DAVID M.C. PETERSON, FD, APPTD
LEILA MORGAN, FD

AUSA: CHARLOTTE KAISER

---

TAPE# WMC07-15:30-16:55

ID/REMOVAL HEARING HELD
GOVT'S EXHIBITS 1,2,3,4,5,6,7 AND 8 MARKED AND RECEIVED
GOVT CALLS DEPUTY US MARSHAL KEVIN BOLLES, CALLED, SWORN AND TESTIFIED
DEFENDANT'S ORAL MOT TO DISMISS PURSUANT TO RULE 32.1 - WITHDRAWN
COURT FINDS DEFENDANT TO BE JOHN ROBERT ANDIS
WARRANT OF REMOVAL ISSUED TO USM
DEFENDANT ORDERED REMOVED FORTHWITH TO THE EASTERN DISTRICT OF MISSOURI

59 min.